**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                    CHAPTER 13 CASE:

PAMELA & TERRY DEFRANCE, SR.                         09-03151-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| PAMELA & TERRY DEFRANCE, SR. | 4798 HWY 61 SOUTH-LOT 7 VICKSBURG, MS 39180 | $481.00 |
|  |  |  |
|  |  |  |

DATED:     5/17/10                        Respectfully submitted,

/s/James L. Henley, Jr.
James L. Henley, Jr., MSB #9909
Chapter 13 Trustee
PO Box 31980
Jackson, MS 39286
(601) 981-9100

CC:   ROBERT REX MCRANEY JR.
      MCRANEY & MCRANEY
      P.O. DRAWER 1397
      CLINTON, MS 39060